IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>COLONIAL CARE OF ALLEGHANY<br>COUNTY, LP, d/b/a BRIAN CENTER OF<br>ALLEGHANY, INC.,<br><br>    Defendant. | Civil Action No.<br><br>**05-11457 EFH** |

CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FED.R.CIV.P. 7.1 AND LOCAL RULE 7.3

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, the plaintiff CT Corporation Systems, Inc. ("CT") states that it is a subsidiary of Wolters Kluwer.

CT CORPORATION SYSTEMS, INC.
By Its Counsel:

_____
Charles P. Kindregan (BBO#554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
ckindregan@lgllp.com


Kenneth J. Gumbiner
North Carolina State Bar No. 12825
Tuggle Duggins & Meschan, P.A.
228 West Market Street
P.O. Box 2888
Greensboro, North Carolina 27402-3044
336-378-1431
336-274-6590 (facsimile)