UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 05-11457-EFH |
| | ) |
| COLONIAL CARE OF ALLEGHANY | ) |
| COUNTY, LP, d/b/a BRIAN CENTER OF | ) |
| ALLEGHANY, INC., | ) |
| | ) |
| Defendant. | ) |

**AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FED.R.CIV.P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, the plaintiff CT Corporation Systems, Inc. ("CT") amends its Corporate Disclosure Statement to state that the full name of CT's parent corporation is Wolters Kluwer U. S. Corporation.

CT CORPORATION SYSTEMS, INC.
By Its Counsel:

Charles P. Kindregan (BBO#554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
ckindregan@lgllp.com

Kenneth J. Gumbiner
North Carolina State Bar No. 12825
Tuggle Duggins & Meschan, P.A.
228 West Market Street
P.O. Box 2888
Greensboro, North Carolina 27402-3044
336-378-1431
336-274-6590 (facsimile)

July 11, 2005