UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC., )<br>)<br>    **Plaintiff** )<br>)<br>    v. )<br>)<br>COLONIAL CARE OF ALLEGHANY )<br>COUNTY, LP, d/b/a BRIAN CENTER OF )<br>ALLEGHANY, INC., )<br>)<br>    **Defendant.** ) | Civil Action No. 05-11457-EFH |

## MOTION TO ADMIT KENNETH J. GUMBINER PRO HAC VICE

Pursuant to Local Rule 83.5.3 the plaintiff, CT Corporation Systems, Inc. ("CT"), hereby asks this Court to allow Kenneth J. Gumbiner to appear *pro hac vice* on behalf of CT in the above captioned case filed in the United States District Court for the District of Massachusetts. In Support of this motion, CT states as follows:

1. Kenneth J. Gumbiner is a Director of Tuggle Duggins & Meschan, P.A., 228 West Market Street, Greensboro, North Carolina. His office telephone number is (336) 378-1431.

2. CT wishes to have Mr. Gumbiner act as lead counsel for CT in this civil action.

3. Mr. Gumbiner is licensed to practice in North Carolina, Illinois, and Massachusetts (inactive) and is a member of the Bars of the United States Supreme Court and the Fourth, Seventh, Eleventh, and Federal Circuit Courts of Appeal. He is a certified trial lawyer in the U.S. District Court for the Northern District of Illinois and a member of all North Carolina U.S. District Court Bars. There are no disciplinary proceedings pending against Kenneth J. Gumbiner in any jurisdiction.

4. Kenneth J. Gumbiner has submitted an affidavit, attached as Exhibit A hereto, confirming his status as a member of the above referenced courts and confirming that he is familiar with the Local Rules of this Court.

5. This motion is presented by a member of the Bar of this Court. The filing fee for this motion will be submitted separately to the Clerk's Office.

Wherefore, CT asks that this Court grant this motion and allow Kenneth J. Gumbiner to appear *pro hac vice* in this action.

|  |  |
|---|---|
|  | CT CORPORATION SYSTEMS, INC.<br>By Its Counsel: |
|  | /s/Charles P. Kindregan<br>Charles P. Kindregan (BBO#554947)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110-1112 |
| Date: August 1, 2005 | (617) 951-2800 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>COLONIAL CARE OF ALLEGHANY )<br>COUNTY, LP, d/b/a BRIAN CENTER OF )<br>ALLEGHANY, INC., )<br>)<br>    Defendant. ) | Civil Action No. 05-11457-EFH |

## AFFIDAVIT OF KENNETH J. GUMBINER

Upon oath, Kenneth J. Gumbiner deposes and states as follows:

1) I am an attorney admitted to practice in North Carolina, Illinois, and Massachusetts (inactive) and am a member of the Bars of the United States Supreme Court and the Fourth, Seventh, Eleventh, and Federal Circuit Courts of Appeal. I am a certified trial lawyer in the U.S. District Court for the Northern District of Illinois and a member of all North Carolina U.S. District Court Bars.

2) I am filing this affidavit in support of a motion seeking my admission pro hac vice for the purpose of representing the plaintiff in the above captioned action.

3) I am a member in good standing of every jurisdiction where I am admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4) I am a Director of the law firm of Tuggle Duggins & Meschan, P.A., 228 West Market Street, Greensboro, North Carolina. My office telephone number is (336) 378-1431.

5)   I am familiar with the local rules for the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22nd day of July 2005.

*Kenneth J. Gumbiner* (signature)

Kenneth J. Gumbiner