


## Office of the Sheriff
## Henrico County, VA

### AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within, Summons & Complaint, in the following manner and on the date so indicated;

( ) Served in person
(X) Registered agent
( ) Served on the person or officer found to be in charge
( ) Posted service (only in authorized)
( ) Member of Family (Resident)
( ) Not found

(Explain): _See Attached_

94023

| DESCRIPTION OF PERSON SERVED |||||
|---|---|---|---|---|
| NAME | RACE | SEX | DOB/AGE | SSN |
| Nanette Rider | | | | |
| STREET ADDRESS | HGT | WGT | EYE COLOR | HAIR COLOR |
| c/o CT Corporation System | | | | |
| 4701 Cox Rd | | | | |
| Reg Agent - Colemay Care of Allegheny County, LP | | | | |

Signature of Affiant: W Cene
Date: JUL 27 2005

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO

Before me personally appeared the said W Cene, who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this 27 day of July, 2005. My commission expires 12/31/08.

Signature of Notary: Kristie McMinn

Hso-120 (2/00)

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation:

Tinika Baylor

Rea Childs

Mary Collins

Carl Goodwyn

Lisa Poffenberger

Christopher Savas

Nanette Rider

THIS AUTHORIZATION PERTAINS TO THE AUTHORITY OF INDIVIDUALS TO RECEIVE PROCESS ON BEHALF OF CT CORPORATION SYSTEM. IT DOES NOT CERTIFY THE RECEIPT OR ACCEPTANCE OF ANY SPECIFIC PROCESS.

*Nanette L. Rider*
Nanette L. Rider
Virginia Fulfillment Center Manager
CT Corporation System
A WoltersKluwer Company

STATE OF VIRGINIA

COUNTY OF HENRICO

This day personally appeared before me, Nanette L. Rider, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this
*Lisa O. Poffenberger*
Notary Public

My commission expires 5/31/08

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CT CORPORATION SYSTEMS, INC.,
                       Plaintiff

V.

COLONIAL CARE OF ALLEGHANY COUNTY,
LP, d/b/a BRIAN CENTER OF ALLEGHANY,
INC., INC.        Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05 - 11457 EFH

TO: (Name and address of Defendant)

     Colonial Care of Alleghany County, LP
     c/o CT Corporation Systems, Inc. (Registered Agent)
     4701 Cox Road
     Suite 301
     Glen Allen, VA 23060-6802

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Charles P. Kindregan, Esquire
     Looney & Grossman LLP
     101 Arch Street
     Boston, MA 02110
     (617) 951-2800

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                                       JUL 1 1 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK