UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC., )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>COLONIAL CARE OF ALLEGHANY )<br>COUNTY, LP, d/b/a BRIAN CENTER OF )<br>ALLEGHANY, INC., )<br>)<br>**Defendant.** ) | Civil Action No. 05-11457-EFH |

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The plaintiff has agreed to grant the defendant an extension of time to answer, move, plead or otherwise respond to the Complaint through September 7, 2005. Defendant's Virginia counsel (Wyatt Durrette of DurretteBradshaw PLC) requested this extension and assented to this motion. Wherefore, the plaintiff moves the Court to authorize this extension.

CT CORPORATION SYSTEMS, INC.
By Its Counsel:


/s/Charles P. Kindregan
Charles P. Kindregan (BBO#554947)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800