UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CT CORPORATION SYSTEMS, INC., § <br>     Plaintiff § <br> § <br> v. § <br> § <br> COLONIAL CARE OF ALLEGHANY § <br> COUNTY, LP, d/b/a BRIAN CENTER § <br> NURSING HOME, § <br>     Defendant § | Civil Action No. <br> 05-11457-EFH |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant COLONIAL CARE OF ALLEGHANY COUNTY, LP, d/b/a BRIAN CENTER NURSING HOME states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                        COLONIAL CARE OF ALLEGHANY
                                        COUNTY, LP, d/b/a BRIAN CENTER
                                        NURSING HOME, Defendant

                                        _/s/ John R. Gobel by jd_____
                                        By John R. Gobel; BBO#196340
                                        Gobel & Hollister
                                        106 Wendell Avenue
                                        Pittsfield, MA 01201
                                        (413) 443-7337

Dated: September 7, 2005